# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:19-CR-155-ALM-AGD |
| | § | |
| LATRAY WRIGHT | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the court is the request for revocation of Defendant Latray Wright's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on June 4, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Brian O'Shea of the Federal Public Defender's Office. The Government was represented by Lesley Brooks.

Defendant was sentenced on July 21, 2020, before The Honorable Sean D. Jordan of the Eastern District of Texas after pleading guilty to the offense of Possession of a Firearm by a Prohibited Person, a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range, based on a total offense level of 14 and a criminal history category of III, was 21 to 27 months. Defendant was subsequently sentenced to 24 months imprisonment and three years supervised release subject to the mandatory and standard conditions of release, plus special conditions to include financial disclosure, substance abuse testing and treatment, mental health treatment, and a $100 special assessment. On September 30, 2021, Defendant completed his period of imprisonment and began service of the supervision term.

On January 25, 2024, the United States Probation Officer executed a First Amended Petition for Warrant or Summons for Offender Under Supervision (Dkt. #63, Sealed). The Petition asserts that Defendant violated three conditions of supervision, as follows: (1) (mandatory)

REPORT AND RECOMMENDATION – Page 1

Defendant must not commit another federal, state, or local crime; (2) (mandatory) Defendant must not unlawfully possess a controlled substance; and (3) (standard) Defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). (Dkt. #63 at pp. 1–2, Sealed).

The Petition alleges that Defendant committed the following acts: (1) On June 23, 2022, Defendant was charged by the Paris Police Department with Theft of Property, a Class B misdemeanor. That charge remains pending in Lamar County. On July 31, 2022, Defendant was arrested by the Paris Police Department and charged with two felonies, to wit: Unlawful Possession of a Firearm by a Felon and Possession of Marijuana. During a warrant arrest, officers located in Defendant's left front pocket a loaded Springfield Armory 9 round, 40 S&W pistol magazine. It contained 6 rounds of Federal S&W caliber ammunition. Defendant also stated he had marijuana in his pocket, and officers observed an open bag of marijuana that was taken from his right pant pocket. The officers observed an unloaded black Sub-Compact Springfield XD-40 caliber pistol with serial number OS487956 in plain view. The firearm was observed to be partially under the covers of the bed where Defendant was lying when contact was made with him. On October 12, 2022, Defendant was indicted by a federal grand jury in case number 4:22-CR-247-1 for committing the offense of Possession of a Firearm by a Prohibited Person in violation of Title 18 U.S.C. § 922(g)(1). On March 29, 2023, Defendant entered a plea of guilty. Defendant was sentenced on April 30, 2024, to 33 months imprisonment. Judgment was entered on May 2, 2024; (2) On July 31, 2022, Defendant was found to be in possession of marijuana when he was arrested by the Paris Police Department and charged with Possession of Marijuana; and (3) On July 31, 2022, Defendant was found to be in possession of a firearm and ammunition when he was arrested

by the Paris Police Department and charged with Unlawful Possession of a Firearm by a Felon. (Dkt. #63 at pp. 1–2, Sealed).

Prior to the Government putting on its case at the final revocation hearing, the Government moved to withdraw allegations (1) and (2). Defendant entered a plea of true to allegation (3) of the First Amended Petition.

Having considered the Petition and the plea of true to allegation (3), the court finds that Defendant did violate his conditions of supervised release. Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of imprisonment of five (5) months to run consecutively to Defendant's sentence in 4:22-CR-247 with no supervised release to follow.

The court further recommends that allegations (1) and (2) be dismissed.

The court finally recommends that Defendant be housed in the Bureau of Prisons facility in the Texarkana, Texas area, if appropriate.

**SIGNED this 4th day of June, 2024.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE